```
 1  Clark J. Burnham, State Bar No. 041792
    Robert M. Bodzin, State Bar No. 201327
 2  Gary Garrigues, State Bar No. 148667
    BURNHAM BROWN
 3  A Professional Law Corporation
    P.O. Box 119
 4  Oakland, California 94604
    ---
 5  1901 Harrison Street, 11th Floor
    Oakland, California  94612
 6  Telephone:      (510) 444-6800
    Facsimile:      (510) 835-6666
 7  E-Mail addresses:    cburnham@burnhambrown.com
                         rbodzin@burnhambrown.com
 8                       ggarrigues@burnhambrown.com

 9  Attorneys for Defendants and Counterclaimants
    BIO-MASS ENERGY CONCEPTS, LLC., ADVANCED
10  RECYCLING EQUIPMENT, INC. and DEFENDANT
    DONALD KUNKEL
11
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MDF PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. and DONALD KUNKEL,<br><br>    Defendants.<br><br>BIO-MASS ENERGY CONCEPTS, LLC, and ADVANCED RECYCLING EQUIPMENT,<br><br>    Counter-Claimants,<br><br>v.<br><br>PACIFIC MDF PRODUCTS, INC., and ROES 1-50,<br><br>    Counter-Defendants. | No. 2:05-CV-00642, LKK-JFM<br><br>**ORDER GRANTING DEFENDANTS/COUNTERCLAIMANTS BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. AND DEFENDANT DONALD KUNKEL'S UNOPPOSED REQUEST FOR CONSENT TO PAPER FILE THE VOLUMINOUS THREE BINDER SET OF APPENDICES TO THE EXPERT REPORT OF JOE EGAN, WHICH WAS E-FILED AS DOCKET ITEM NUMBERS 23-24**<br><br>Complaint Filed April 1, 2005<br>Trial Date:  March 27, 2007 |

DEFS./COUNTERCLAIMANTS' [PROP.ORDER GRNTG CNSNT TO PAPER FILE EXHIBITS    1    No. 2:05-CV-00642-LKK-JFM

PDF created with pdfFactory trial version www.pdffactory.com

1 | Defendants and Counterclaimants BIO-MASS ENERGY CONCEPTS, LLC.,
2 | ADVANCED RECYCLING EQUIPMENT, INC. and DEFENDANT DONALD KUNKEL'S
3 | Unopposed Request for Consent to Paper File the Voluminous Three Binder Set of Appendices to
4 | the Expert Report of Joe Egan, Which was e-filed as Docket Item numbers 23-24, is granted in its
5 | entirety on the grounds that Defendants have shown good cause for having the voluminous 1,500
6 | page appendices paper filed rather than e-filed.  Accordingly, Defendant's unopposed request is
7 | granted in its entirety and the Court further orders that the three volume binders are deemed
8 | served on both Plaintiff and the Court.
9 |     IT IS SO ORDERED.
10 | Dated:  May 3, 2006.

                /s/Lawrence K. Karlton
                Honorable Lawrence K. Karlton
                Senior Judge
                United States District Court

PDF created with pdfFactory trial version www.pdffactory.com