1  Clark J. Burnham, State Bar No. 041792
   Robert M. Bodzin, State Bar No. 201327
2  Gary Garrigues, State Bar No. 148667
   BURNHAM BROWN
3  A Professional Law Corporation
   P.O. Box 119
4  Oakland, California 94604
   ---
5  1901 Harrison Street, 11th Floor
   Oakland, California  94612
6  Telephone:      (510) 444-6800
   Facsimile:      (510) 835-6666
7  E-Mail addresses:      cburnham@burnhambrown.com
                          rbodzin@burnhambrown.com
8                         ggarrigues@burnhambrown.com

9  Attorneys for Defendants and Counterclaimants
   BIO-MASS ENERGY CONCEPTS, LLC., ADVANCED
10 RECYCLING EQUIPMENT, INC. and DEFENDANT
   DONALD KUNKEL

11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  PACIFIC MDF PRODUCTS, INC., | No. 2:05-CV-00642, LKK-JFM |
| 15          Plaintiff, | **STIPULATION WITHOUT PREJUDICE WITHDRAWING CLAIMS** |
| 16  v. | **OF ALTER EGO LIABILITY, BREACH OF CONTRACT AND BREACH OF** |
| 17  BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, | **THE COVENANT OF GOOD FAITH AND FAIR DEALING AGAINST** |
| 18  INC. and DONALD KUNKEL, | **DEFENDANT DONALD KUNKEL INDIVIDUALLY ONLY** |
| 19          Defendants. | |
| 20 | Complaint Filed April 1, 2005 |
| 21  BIO-MASS ENERGY CONCEPTS, LLC, and ADVANCED RECYCLING | Trial Date:  May 15, 2007 |
| 22  EQUIPMENT, | |
| 23          Counter-Claimants, | |
| 24  v. | |
| 25  PACIFIC MDF PRODUCTS, INC., and ROES 1-50, | |
| 26          Counter-Defendants. | |

27

28  ///

PDF created with pdfFactory trial version www.pdffactory.com

1      Pursuant to Federal Rules of Civil Procedure 15 a, and 41a(1), Plaintiff Pacific MDF

2   Products, Inc. ("Plaintiff") and Defendant Donald Kunkel individually ("Kunkel") through their

3   counsel stipulate as follows:

4      1.      Plaintiff voluntarily dismisses without prejudice all claims against Kunkel based

5   on the alter ego theory of liability, which include but are not limited to, the Eighth Cause Of

6   Action in Plaintiff's Complaint.

7      2.      Plaintiff voluntarily dismisses without prejudice all claims of breach of contract

8   against Kunkel,, including but not limited to the Fourth Cause of Action in Plaintiff's

9   Complaint;

10      3.      Plaintiff voluntarily dismisses without prejudice all claims of Breach of the

11   Implied Covenant of Good Faith and Fair Dealing against Kunkel including, but not limited to,

12   this claim contained in the Fifth Cause of Action of Plaintiff's Complaint.

13      4.      Plaintiff will provide Kunkel provide written notice received by no later than

14   February 15, 2007 if it intends to obtain permission to proceed on theories of alter ego liability,

15   breach of contract and/or breach of covenant of good faith and fair dealing against Kunkel at

16   trial.

17      5.      Plaintiff will provide Kunkel provide written notice received by no later than

18   February 15, 2007 if it intends to obtain permission to proceed on theories of liability contained

19   in the Fourth, Fifth and Eight causes of action against Kunkel at trial.

20      6.      As a condition precedent to proceeding with options outlined in paragraphs 4 & 5

21   above, Plaintiff can only do so if it obtains permission from the Court on a properly noticed

22   motion.

23      7.      If the Court provides approval as outlined in paragraph 6, Kunkel has not waived

24   any rights to file dispositive motions as to the dismissed legal theories and/or causes of action.

25      8.      Within five (5) days after this stipulation is signed by Plaintiff's counsel,

26   Plaintiff's counsel will file a notice of dismissal without prejudice as to the Fourth, Fifth and

27   Eighth Causes of Action against Mr. Kunkel.

28      9.      Nothing in this stipulation prevents Plaintiff from continuing to prosecute its

PDF created with pdfFactory trial version www.pdffactory.com

1    claims for breach of express and/or implied warranties against Kunkel which are contained in the

2    First, Second and Third Causes of Action;

3           10.     Nothing contained in this stipulation bars Plaintiff from continuing to prosecute

4    its claims against Kunkel of fraud, negligent misrepresentation and violation of California

5    Business and Professions Code section 17200 which are contained in the Sixth, Seventh and

6    Ninth Causes of Action.

7           11.     This stipulation will not alter the date of any hearing or conference by the Court.

8    DATED:  August _18, 2006           WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP

9

10

11                                        _____
THOMAS G. REDMON

12                                        Attorneys for Plaintiff
PACIFIC MDF PRODUCTS, INC.

13

14    DATED:  August _22, 2006           BURNHAM BROWN

15

16                                        _____

17                                        ROBERT M. BODZIN
Attorneys for Defendants and Counterclaimants

18                                        BIO-MASS ENERGY CONCEPTS, LLC.,
ADVANCED RECYCLING EQUIPMENT, INC.

19                                        and DEFENDANT DONALD KUNKEL

20

21       IT IS SO ORDERED.

22

23    DATED:  August 28, 2006

24

25

26                           LAWRENCE K. KARLTON
SENIOR JUDGE

27                           UNITED STATES DISTRICT COURT

28

PDF created with pdfFactory trial version www.pdffactory.com