WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
THOMAS G. REDMON (SBN 047090)
400 Capitol Mall, Twenty-Second Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Plaintiff/Counter-Defendant
PACIFIC MDF PRODUCTS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MDF PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. and DONALD KUNKEL, <br><br> Defendants. | No. 2:05-cv-642, LKK-JFM <br><br> **[PROPOSED] ORDER DISMISSING CLAIMS OF ALTER EGO LABILITY, BREACH OF CONTRACT AND BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING AGAINST DEFENDANT DONALD KUNKEL ONLY** <br><br> Complaint Filed: March 31, 2005 <br> Trial Date: Not Yet Set |
| BIO-MASS ENERGY CONCEPTS, LLC, and ADVANCED RECYCLING EQUIPMENT, <br><br> Counter-Claimants, <br><br> vs. <br><br> PACIFIC MDF PRODUCTS, INC., <br><br> Counter-Defendant. | |

Upon stipulation of the parties and order of the Court dated August 28, 2006, the claims of alter ego liability, breach of contract and breach of the covenant of good faith and fair dealing against Defendant Donald Kunkel only are hereby dismissed without prejudice.

///

-1-

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS SO ORDERED.

2   DATED: September 11, 2006



_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

-2-

PDF created with pdfFactory trial version www.pdffactory.com