Clark J. Burnham, State Bar No. 041792
Robert M. Bodzin, State Bar No. 201327
Andrew R. Shalauta, State Bar No. 186821
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
E-Mail addresses:     cburnham@burnhambrown.com
                      rbodzin@burnhambrown.com
                      ashalauta@burnhambrown.com

Attorneys for Defendants and Counterclaimants
BIO-MASS ENERGY CONCEPTS, LLC., ADVANCED RECYCLING EQUIPMENT, INC. and DEFENDANT DONALD KUNKEL

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MDF PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. and DONALD KUNKEL, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM(S). | No. 2:05-CV-00642, LKK-JFM <br><br> **ORDER GRANTING BURNHAM BROWN'S MOTION REQUESTING DOCUMENTS BE FILED UNDER SEAL PURSUANT TO CIVIL L.R. 39-141** <br><br> Complaint Filed April 1, 2005 <br><br> Trial Date:  May 15, 2007 |

BURNHAM BROWN's Motion Requesting That Documents Be Filed Under Seal, having come before this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' Confidential Declaration of Robert M. Bodzin in support of Burnham Brown's Motion To Withdraw as Counsel ("Confidential Declaration") be filed under seal, and further,

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY ORDERED that the Confidential Declaration will not be made public by
2  the Court and/or provided to Plaintiff and/or Plaintiff's counsel.

DATED:  December 15, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT