UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC MDF PRODUCTS, INC.,

NO. CIV. S-05-642 LKK/JFM

      Plaintiff,

  v.                                    O R D E R

BIO-MASS ENERGY CONCEPTS, LLC;
ADVANCED RECYCLING EQUIPMENT,
INC.; and DONALD KUNKEL,

      Defendants.
                                  /
AND RELATED COUNTER-CLAIMS.
                                  /

    The court is in receipt of plaintiff's filing relative to the motion to withdraw filed by defendants' counsel. Plaintiff's request appears to be either premature or beyond the ordinary power of the court, relative to said motion.

////

////

////

1

1   Accordingly, plaintiff's request is presently DENIED.
2   IT IS SO ORDERED.
3   DATED: January 4, 2007.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2