UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC MDF PRODUCTS, INC.,

        NO. CIV. S-05-642 LKK/JFM

    Plaintiff,

  v.                                   O R D E R

BIO-MASS ENERGY CONCEPTS, LLC;
ADVANCED RECYCLING EQUIPMENT,
INC.; and DONALD KUNKEL,

    Defendants.
                            /

AND RELATED COUNTER-CLAIMS.
                             /

    Pending before the court is a motion to withdraw filed by counsel for defendants.  Local Rule 83-182(d) provides that withdrawal may be granted so long as the grounds for withdrawal are based upon the California Rules of Professional Conduct.  Under Rule 3-700(c)(5), permissive withdrawal is allowed when the client renders it unreasonably difficult for counsel to carry out representation.  Cal. Rules of Prof. Conduct 3-700(C)(1)(d).

1

Because it appears that there is a fundamental disagreement between counsel and clients, see Lindse v. Admiral Ins. Co., 804 F. Supp. 47, 52 (N.D. Cal. 1992), the court grants the motion based upon the papers and after oral argument. Accordingly, the court orders as follows:

1. The motion to withdraw is GRANTED.
2. Counsel is ORDERED to release all client papers and property to clients within fifteen (15) days of the date of this order, including correspondences, pleadings, deposition transcripts, exhibits, physical evidence, expert reports, and other items reasonably necessary to the clients' representation, whether the clients have paid for them or not, in accordance with Rule 3-700(D) of the California Rules of Professional Conduct.
3. A status conference is SET for March 19, 2007 at 2:30 p.m.[1] Defendants are reminded that corporations may only appear by attorney pursuant to L.R. 83-183(a).
4. All dates previously set regarding the pre-trial conference and trial are VACATED.
5. Counsel is ORDERED to serve a copy of this order on defendants.

IT IS SO ORDERED.

DATED: January 17, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] The court notes that it indicated a different date at oral argument.

2