UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC MDF PRODUCTS, INC.,

NO. CIV. S-05-642 LKK/JFM

      Plaintiff,

  v.                                O R D E R

BIO-MASS ENERGY CONCEPTS, LLC;
ADVANCED RECYCLING EQUIPMENT,
INC.; and DONALD KUNKEL,

      Defendants.
                               /

AND RELATED COUNTER-CLAIMS.
                               /

    The court is in receipt of the parties' stipulation regarding deposition testimony and adopts same, save and except that it will take up any objections after selecting the jury, which will be sent home so that the court can resolve any issues outside the jury's presence.

    IT IS SO ORDERED.

    DATED: August 29, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT