Gregory D. Brown, State Bar No. 065318
Robert M. Bodzin, State Bar No. 201327
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
E-Mail addresses:    gbrown@burnhambrown.com
                     rbodzin@burnhambrown.com

Attorneys for Defendants and Counterclaimants
BIO-MASS ENERGY CONCEPTS, LLC., ADVANCED RECYCLING EQUIPMENT, INC. and DEFENDANT DONALD KUNKEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MDF PRODUCTS, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. and DONALD KUNKEL,<br><br>　　　　　Defendants.<br><br>And Related Cross-Action. | No. 2:05-CV-00642, LKK<br><br>**ORDER RE STIPULATION REGARDING TRIAL EXHIBITS**<br><br>**[Modification of Pre-Trial Order]**<br><br>**Fed. R. Civ. P. 16 (e)**<br><br>Complaint Filed April 1, 2005<br>Trial Date: April 29, 2008 |

　　　　Pursuant to Federal Rules of Civil Procedure 16 (e) and Paragraph XXIV of the Final Pre-Trial Order docketed as Item No. 181, Plaintiff/Counterclaim defendant Pacific MDF Products, Inc. and Defendants/Counterclaimants Bio-Mass Energy Concepts, LLC and Advanced Recycling Equipment, Inc. and Defendant Donald Kunkel (collectively referred to as "The Parties") through their counsel stipulate as follows:

1. In the course of preparing for trial, the parties have been working together closely to identify inadvertent omissions contained on their respective amended trial exhibit lists, which are attached to the Final Pretrial Order as Exhibits "C" and "D".

2. To streamline the trial and advance the interests of judicial economy, Plaintiff/Counterclaim Defendant PACIFIC MDF PRODUCTS, INC. ("Pactrim") hereby provides the within "Final Exhibit List", which contains Exhibits 1 to 425. All revisions are **bolded** as are new trial exhibits 412 to 425.

3. To streamline the trial and advance the interests of judicial economy, Defendants/Counterclaimants BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. and Defendant DONALD KUNKEL ("Defendants") hereby provides the within "Second Amended Exhibit List", which contains Exhibits A to 8L. All revisions are **bolded** as is new trial exhibit 8L.

4. The parties respectfully request that the Court approve Pactrim's Final Exhibit List and Defendant's Second Amended Exhibit List and order that these documents replace the respective exhibit lists attached to the Final Pretrial Order as Exhibits "C" and "D".

5. The parties further respectfully submit that approval of this request will not affect those trial exhibits which have already been entered into evidence by virtue of the fact that they were identified on each parties amended trial exhibit list and were not objected to.

6. The parties agree that all objections to the new exhibits (Pactrim Exhibits 412-425 and Defendants' Exhibit 8L), will be filed with Court by the first day of trial, which is April 29, 2008.

7. Pactrim hereby withdraws the portion of Exhibit 410 that contained video clips which were bates stamped P014105 and P014106.

8. Pactrim hereby withdraws its objections to Exhibit 8F (the bates stamped and subpoenaed records from Johnston Boiler) and Exhibit 8G (the bates stamped and subpoenaed records from Control Systems).

9. The parties respectfully submit that approval of this stipulation and schedule will promote the interests of judicial economy and prevent manifest injustice, and therefore, join in the request to have it approved.

DATED: April ___, 2008   WILKE, FLEURY, HOFFELT,
GOULD & BIRNEY, LLP


_____
THOMAS G. REDMON
Attorneys for Plaintiff/Counter Defendant
PACIFIC MDF PRODUCTS, INC.

DATED: April ___, 2008   BURNHAM BROWN


_____
ROBERT M. BODZIN
Attorneys for Defendants and Counterclaimants
BIO-MASS ENERGY CONCEPTS, LLC.,
ADVANCED RECYCLING EQUIPMENT, INC.
and DEFENDANT DONALD KUNKEL

IT IS SO ORDERED.

DATED: April 22, 2008

858194

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT