Gregory D. Brown, State Bar No. 065318
Robert M. Bodzin, State Bar No. 201327
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:     (510) 835-6666
E-Mail addresses:    gbrown@burnhambrown.com
                                   rbodzin@burnhambrown.com

Attorneys for Defendants and Counterclaimants
BIO-MASS ENERGY CONCEPTS, LLC., ADVANCED
RECYCLING EQUIPMENT, INC. and DEFENDANT
DONALD KUNKEL

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MDF PRODUCTS, INC., <br><br>Plaintiff,<br><br>v.<br><br>BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. and DONALD KUNKEL,<br><br>Defendants.<br><br>And Related Cross-Action. | No. 2:05-CV-00642, LKK<br><br>**STIPULATION CONTINUING HEARING ON DEFENDANTS/ COUNTERCLAIMANTS BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. AND DEFENDANT DONALD KUNKEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW IN A JURY TRIAL AND FOR A NEW TRIAL**<br>**[Fed. R. Civ. P. 50(b), Local Rule 50-291; Fed. R. Civ. P. 59; Civil Local Rule 59-291]**<br><br>Complaint Filed April 1, 2005<br>Trial Completed :  June 25, 2008<br>Judgment Date: June 26, 2008<br>Motion Date: September 8, 2008 |

Counsel for Plaintiff/Counterclaim defendant Pacific MDF Products, Inc. and

Defendants/Counterclaimants Bio-Mass Energy Concepts, LLC and Advanced Recycling

STIP. EXTENDING DEFENDANTS' TIME TO OBJECT   1   No. 2:05-CV-00642-LKK
TO PLAINTIFF'S BILL OF COSTS

PDF created with pdfFactory trial version www.pdffactory.com

1. Equipment, Inc. and Defendant Donald Kunkel (collectively referred to as "The Parties") hereby submit this stipulation and respectfully request that the Court approve the following:

    1. Defendants/Counterclaimants Bio-Mass Energy Concepts, LLC and Advanced Recycling Equipment, Inc. and Defendant Donald Kunkel ("Defendants") Motion For Judgment As A Matter Of Law In A Jury Trial And For A New Trial ("Post-trial Motion") currently set to be heard on September 8, 2008 at 10:00 a.m. is hereby continued to September 22, 2008 at 10:00 a.m.;

    2. Defendants' time to serve a reply brief on the Post-trial Motion is herfeby extended to September 12, 2008.

The parties respectfully submit that approval of this stipulation and schedule will promote the interests of judicial economy and prevent manifest injustice, and therefore, join in the request to have it approved.

DATED: August _29, 2008    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

/s/_____
THOMAS G. REDMON
Attorneys for Plaintiff/Counter Defendant
PACIFIC MDF PRODUCTS, INC.

DATED: August _29, 2008    BURNHAM BROWN

/s/_____
ROBERT M. BODZIN
Attorneys for Defendants and Counterclaimants
BIO-MASS ENERGY CONCEPTS, LLC.,
ADVANCED RECYCLING EQUIPMENT, INC.
and DEFENDANT DONALD KUNKEL

IT IS SO ORDERED.

DATED: September 2, 2008

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com