UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC MDF PRODUCTS, INC.,

        NO. CIV. S-05-642 LKK/JFM

    Plaintiff,

  v.                             O R D E R

BIO-MASS ENERGY CONCEPTS, LLC;
ADVANCED RECYCLING EQUIPMENT,
INC.; and DONALD KUNKEL,

    Defendants.
                              /

AND RELATED COUNTER-CLAIMS.
                              /

    On September 12, 2008 the court issued an order denying the defendant's motion for a new trial and renewed motion for judgment as a matter of law. That order was issued in error. The court AMENDS its September 12, 2008 order (docket no. 304). The clerk is directed to designate that order as a tentative ruling only.

    IT IS SO ORDERED.

    DATED: September 16, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT