Gregory D. Brown, State Bar No. 065318
Robert M. Bodzin, State Bar No. 201327
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:      (510) 444-6800
Facsimile:      (510) 835-6666
E-Mail addresses:      gbrown@burnhambrown.com
                       rbodzin@burnhambrown.com

Attorneys for Defendants/Counterclaimants
BIO-MASS ENERGY CONCEPTS, LLC., ADVANCED
RECYCLING EQUIPMENT, INC. and DEFENDANT
DONALD KUNKEL

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MDF PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIO-MASS ENERGY CONCEPTS, LLC, ADVANCED RECYCLING EQUIPMENT, INC. and DONALD KUNKEL, <br><br> Defendants. | No. 2:05-CV-00642, LKK <br><br> **ORDER GRANTING BURNHAM BROWN'S MOTION REQUESTING DOCUMENTS BE FILED UNDER SEAL PURSUANT TO CIV. L.R. 39-141** <br><br> Date:  November 17, 2008 <br> Time:  10:00 A.M. <br> Location:  Courtroom: 4, 15th Floor <br> Judge:  Hon. Lawrence K. Karlton <br><br> Complaint Filed April 1, 2005 |

BURNHAM BROWN's Motion Requesting That Documents Be Filed Under Seal, having come before this Court, and good cause appearing;

IT IS HEREBY ORDERED that the Confidential Declaration of Robert M. Bodzin in Support of Burnham Brown's Motion to Withdraw as Counsel ("Confidential Declaration") be filed under seal; and that this Confidential Declaration be deemed to further support Burnham Brown's motion to withdraw, filed on October 13, 2008, and docketed as item numbers 308 to 311.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: October 15, 2008

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT