UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC MDF PRODUCTS, INC.,

        NO. CIV. S-05-642 LKK/JFM

    Plaintiff,

  v.                                O R D E R

BIO-MASS ENERGY CONCEPTS, LLC;
ADVANCED RECYCLING EQUIPMENT,
INC.; and DONALD KUNKEL,

    Defendants.
                            /

AND RELATED COUNTER-CLAIMS.
                             /

    The court is in receipt of defendants' counsel's October 13, 2008 motion to withdraw, as well as defendant's declaration in support of the withdrawal and plaintiffs' statement of non-opposition. Accordingly, the court GRANTS the motion to withdraw. Counsel is ORDERED to release all client papers and property to client within fifteen (15) days of the date of this order, including correspondences, pleadings, deposition transcripts,

1

exhibits, physical evidence, expert reports, and other items reasonably necessary to the client's representation, whether the client have paid for them or not, in accordance with Rule 3-700(D) of the California Rules of Professional Conduct.

IT IS SO ORDERED.

DATED: November 14, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2